**E-FILED on**   12/1/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAI THI VU,<br><br>        Petitioner,<br><br>    v.<br><br>TINA HORNBEAK, Warden et al.,<br><br>        Respondents. | No. C-07-3005 RMW<br><br>**JUDGMENT**<br><br>**[Re Docket No. 1]** |

    Pursuant to the court's order issued on December 1, 2009 denying petitioner, Mai Thi Vu's, writ for habeas corpus, it is hereby ordered that judgment be entered in favor of respondents and against the petitioner, and petitioner is not entitled to any relief.

DATED:     12/1/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT DENYING PETITION FOR WRIT OF HABEAS CORPUS—No. C-07-3005 RMW
AKT

**Notice of this document has been electronically sent to:**

**Counsel for Petitioner:**
Nedra Ruiz                           nedra@pier5law.com

**Counsel for Respondent:**
No appearance

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**      12/1/09                             CCL
                                           **Chambers of Judge Whyte**